**No. 09-1042. Bhupendra K. Shah, Petitioner v. New York State Department of Civil Service, et al.**

561 U.S. 1040, 130 S. Ct. 3540, 177 L. Ed. 2d 1116, 2010 U.S. LEXIS 5269.

June 28, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 559 U.S. 1116, 130 S. Ct. 2429, 176 L. Ed. 2d 941, 2010 U.S. LEXIS 3818.